**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| Eloise Gums,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>Financial Credit Services, Inc.,<br><br>　　　　　　　Defendant. | Civil Action No.:  1:14-cv-00009-MAC |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: February 13, 2014

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By */s/ Jody B. Burton*

　　　　　　　　　　　　　　　　　　　　Jody B. Burton
　　　　　　　　　　　　　　　　　　　　Bar No.: 71681
　　　　　　　　　　　　　　　　　　　　LEMBERG LAW L.L.C.
　　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424
　　　　　　　　　　　　　　　　　　　　E-mail: jburton@lemberglaw.com
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 13, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By  */s/ Jody B. Burton*
                                               Jody B. Burton