**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| Eloise Gums, | : |
|                       Plaintiff, | : Civil Action No.: 1:14-cv-00009-MAC |
|     v. | : |
| Asset Recovery Associates, | : |
|                       Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**<u>PURSUANT TO RULE 41(a)</u>**

Eloise Gums ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 19, 2014

                                          Respectfully submitted,

                                          By*/s/ Jody B. Burton*

                                          Jody B. Burton, Esq.
                                          Bar No.: 71681
                                          LEMBERG LAW LLC
                                          1100 Summer Street, 3rd Floor
                                          Stamford, CT 06905
                                          Telephone: (203) 653-2250
                                          Facsimile: (203) 653-3424
                                          E-mail: jburton@lemberglaw.com
                                          Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Eastern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By *  /s/ Jody B. Burton*  
    Jody B. Burton