**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

ELOISE GUMS,                              §
                                         §
              Plaintiff,                  §
                                         §
*versus*                                  §        CIVIL ACTION 1:14-CV-0009
                                         §
ASSET RECOVERY ASSOCIATES,                §
                                         §
              Defendant.                  §

### ORDER OF DISMISSAL

Plaintiff's Motion to Dismiss (#7) is GRANTED.  Accordingly, the above-styled case is dismissed with prejudice.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 20th day of March, 2014.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE